HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VERONIKA A. LANE, | Case No: 2:16-cv-00301-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (35) days up through and including Monday, August 29, 2016 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before September 28, 2016. This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

Dated: July 21, 2016                           /s/Harvey P. Sackett
                                               HARVEY P. SACKETT
                                               Attorney for Plaintiff
                                               VERONIKA A. LANE



                                               PHILLIP A. TALBERT
                                               Acting United States Attorney
                                               DEBORAH LEE STACHEL
                                               Acting Regional Chief Counsel, Region IX


Dated: July 21, 2016                           /s/MARCELO ILLARMO
                                               MARCELO ILLARMO
                                               Special Assistant U.S. Attorney
                                               Social Security Administration



IT IS SO ORDERED.


Dated:  August 5, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2