HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VERONIKA A. LANE, | Case No: 2:16-cv-00301-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a second extension of time of (7) days up through and including Monday, September 6, 2016 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before October 6, 2016. This extension is necessitated by the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

Dated: August 29, 2016                /s/Harvey P. Sackett
                                      HARVEY P. SACKETT
                                      Attorney for Plaintiff
                                      VERONIKA A. LANE



                                      PHILLIP A. TALBERT
                                      Acting United States Attorney
                                      DEBORAH LEE STACHEL
                                      Acting Regional Chief Counsel, Region IX


Dated: August 29, 2016                /s/MARCELO ILLARMO
                                      MARCELO ILLARMO
                                      Special Assistant U.S. Attorney
                                      Social Security Administration



IT IS SO ORDERED.

Dated:  August 30, 2016

                                      CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE