1 | PHILLIP A. TALBERT
  | Acting United States Attorney
2 | DEBORAH LEE STACHEL
  | Regional Chief Counsel, Region IX
3 | Social Security Administration
4 | MARCELO ILLARMO (MABN 670079)
  | Special Assistant United States Attorney
5 |     160 Spear Street, Suite 800
  |     San Francisco, California 94105
6 |     Telephone: (415) 977-8944
  |     Facsimile: (415) 744-0134
7 |     E-Mail: Marcelo.Illarmo@ssa.gov
8
  | Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONIKA LANE, | Case No.: 2:16-cv-0301-CMK |
| | |
| | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| Plaintiff, | |
| v. | |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment will be extended by 32 days, from October 6, 2016 until November 7, 2016.

This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because additional time is needed respond to Plaintiff's motion.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: October 3, 2016 |   | */s/ Harvey P. Sackett* |
|   |   | (*as authorized via e-mail on) |
|   |   | Harvey P. Sackett |
|   |   | Attorney for Plaintiff |
|   |   |   |
| Dated:  October 3, 2016 |   | PHILLIP A. TALBERT |
|   |   | Acting United States Attorney |
|   |   | DEBORAH LEE STACHEL |
|   |   | Regional Chief Counsel, Region IX |
|   |   | Social Security Administration |
|   | By: | */s/ Marcelo Illarmo* |
|   |   | MARCELO ILLARMO |
|   |   | Special Assistant United States Attorney |
|   |   |   |
|   |   | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

Dated:  October 27, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE